UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAN IBRAHIM YUSUF,

           Plaintiff,

v.

KING COUNTY JAIL-MRJC, et al.,

           Defendants.

Case No. 16-980 RSM-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's complaint, defendants' motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, and no objections or responses the Report and Recommendation having been filed, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants' Motion to Dismiss (Dkt. 20) is **GRANTED.** Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 9 day of January 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1